[No. 13258-3-II.  Division Two.  October 24, 1991.]

THE STATE OF WASHINGTON, *Respondent*, v. SHELLEY L. MYERS, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 88-1-00497-1, Paula Casey, J., entered September 14, 1989. *Vacated* and *remanded* by unpublished opinion per Petrich, J., concurred in by Worswick, C.J., and Morgan, J.

[No. 13460-8-II.  Division Two.  October 24, 1991.]

ROBERT F. McFADDIN, *Appellant*, v. RICHARD B. LEVENSON, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 89-2-00636-2, E. Albert Morrison, J., entered November 17, 1989. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Worswick, C.J., and Petrich, J.

[Nos. 13873-5-II; 13874-3-II.  Division Two.  October 24, 1991.]

THE STATE OF WASHINGTON, *Appellant*, v. GARY LEE CHESHIRE, *Respondent*.

THE STATE OF WASHINGTON, *Appellant*, v. MELODY ROBIN CHESHIRE, *Respondent*.

Appeals from judgments of the Superior Court for Cowlitz County, Nos. 89-1-00143-5, 89-1-00144-3, Alan R. Hallowell, J., entered May 1, 1990. *Affirmed* by unpublished opinion per Alexander, J., concurred in by Petrich, A.C.J., and Morgan, J.